Stewart O. Peay (9584)
SNELL & WILMER L.L.P.
15 West South Temple, Suite 1200
Salt Lake City, UT 84101
Telephone: (801) 257-1900
Facsimile: (801) 257-1800
Email: speay@swlaw.com

*Attorneys for Utah Republican Party and*
*Utah County Republican Party*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH

| | |
|---|---|
| AARON MICHAEL HEINEMAN, ELIZA MACINTOSH STAUFFER, UTAH ASSOCIATION of the Deaf (UAD),<br><br>   Plaintiff,<br><br>v.<br><br>LT. GOVERNOR SPENCER J. COX, JAMES EVANS, CRAIG FRANK, UTAH REPUBLICAN PARTY, UTAH COUNTY REPUBLICAN PARTY  et al.,<br><br>Defendants.<br><br>                  Defendants. | **JOINT MOTION AND STIPULATION FOR EXTENSION OF TIME**<br><br>CASE NO. 2:18-cv-00349-PMW<br><br>Judge Paul M. Warner |

Plaintiff and Defendants, through their undersigned counsel, jointly move and stipulate to extend the date for Defendants Utah Republican Party and Utah County Republican Party's response to Plaintiff's Complaint [Dkt. No. 1] The parties request that the deadlines for Defendant's response to Plaintiff's Complaint be extended to Monday, July 23, 2018.

4842-8677-5910

DATED this 22nd day of May, 2018.

                                        **ALLEBEST LAW GROUP**

                            /s/ *Jared Allebest*
                            Jared Allebest
                            *Attorneys for Plaintiffs*
                            *(signed with permission from Jared Allebest)*

DATED this 22nd day of May, 2018.

                            **SNELL & WILMER L.L.P.**

                            /s/ *Stewart O. Peay*
                            Stewart O. Peay
                            *Attorneys for Utah Republican Party and Utah County Republican Party*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the 22nd day of May, 2018, I caused to be served by means of the Court's ECF system **JOINT MOTION TO EXTEND DEADLINE**:

  Jared Allebest
  Allebest Law Group
  8978 South Quarry Stone Way
  Sandy, UT 84094


                 /s/ *Stewart O. Peay*